## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN KAKOWSKI, | ) | 3:14-CV-0301-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 12, 2014 |
| | ) | |
| JOSH STAGLIANO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:           LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to strike (#34) is **GRANTED.**  Plaintiff filed a response to defendants' answer to civil rights complaint (#30).  FRCP 7(a) does not allow additional pleadings to be filed absent a court order.  There is no court order allowing the plaintiff to file such a response. Therefore,

IT IS HEREBY ORDERED that plaintiff's response to defendants' answer to civil rights complaint (#30) is hereby **STRICKEN**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
                    Deputy Clerk